USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/07

GLENN A. WOLTHER
ATTORNEY AT LAW
5 BROADWAY · SUITE 1102
NEW YORK, NEW YORK 10007
TEL: (212) 964-2120
FAX: (212) 964-0763

August 10, 2007

**Via Facsimile--(212) 805-7912**
The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**APPLICATION GRANTED
SO ORDERED**

8/15/07

John G. Koeltl, U.S.D.J.

RE:  *Christopher Mangal et al v. City of New York, et al.*
**07 CV 3777 (JGK)**

Dear Judge Koeltl:

I represent the plaintiffs, Christopher Mangal and Ewart Burton, in the above referenced matter and write to respectfully request that plaintiffs' time to effectuate service upon, defendant, "undercover police officer # 974" under Fed. R. Civ. P. 4(m) be extended an additional 90 days until December 7, 2007. This action was commenced on May 11, 2007. I have recently been in communication with Assistant Corporation Counsel, Johanna Castro, and it is my understanding Ms. Castro is attempting to obtain service information. This request is necessitated, however, by the fact that the City may not be able to immediately provide this information and still is investigating the officer's service of process address. It is therefore respectfully submitted that good cause exists for the extension of time to effectuate service. Plaintiff has made no prior request for this extension. The City has stated that it does not oppose this request.

Thank you for your kind consideration of this matter.

cc. ACC Johanna Castro
(Via Fax 212-788-9776)

Respectfully submitted,

Glenn A. Wolther(GW-5740)