Form 02 - SUITABLE AGE                          AETNA CENTRAL JUDICIAL SERVICES
        **GLENN A. WOLTHER**
        ATTN:
U.S. DISTRICT COURT SOUTHERN COURT        NEW YORK COUNTY
-----------------------------------------------------------
                                                          Index No. 07 CV 3777
**CHRISTOPHER MANGAL**                     plaintiff
**ET ANO**                                                Date Filed  . . . . . . . . . . .
                    - against -
                                                          Office No.
**THE CITY OF NEW YORK**                   defendant
**ET AL**                                                 Court Date:    /   /
-----------------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**BRETT M. GOLUB**       being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the State of New York. That on the
**9th** day of **August, 2007   01:20 PM**                **at**
     **%NYPD,ONE POLICE PLAZA RM,1100**
     **NEW YORK, NY**
I served the   **SUMMONS AND COMPLAINT**
upon **POLICE OFFICER JENNIFER CHILDS**
the **DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **LT. "JANE" BROGLI, CO-WORKER WHO REFUSED TRUE FIRST NAME**
 a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**  COLOR: **WHITE**     HAIR: **WHITE**       AGE: **45**  HEIGHT: **5:7**   WEIGHT: **150**
OTHER IDENTIFYING FEATURES:
On **08/13/2007** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.
**AS EVIDENCE BY CERTIFICATE OF MAILING HEREWITH ATTACHED.**
That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act

Sworn to before me this
13th   day of  August,         2007tm
                                                      . . . . . . . . . . . . . . . . . . . . . . .
                                                      BRETT M. GOLUB  1239211
JOEL GOLUB                                            AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York                      225 BROADWAY, SUITE 1802
    No.01G04751136                                    NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                            Reference No: 9GAW55473
Commission Expires 12/31/2009